Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:	619/758-1891
Fax:	619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HUGO CANTON,<br><br>              Plaintiff,<br><br>       vs.<br><br>NCO FINANCIAL SYSTEMS, INC. AND CAPITAL ONE FINANCIAL CORPORATION,<br><br>              Defendants. | Case No.  SACV09-763 MLG<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.  The Parties anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 45 days.  The parties jointly request that all pending dates and filing

///

///

///

///

Notice of Settlement

1

requirements be vacated and that the Court set a deadline on or after September 30, 2009, for filing dispositional documents.

Dated: 8/19/09          LAW OFFICES OF TODD M. FRIEDMAN

                        /s/Todd M. Friedman
                        Todd M. Friedman
                        Attorney for Plaintiff
                        Hugo Canton

Dated: 8/19/09          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        /s/ Albert R. Limberg
                        Albert R. Limberg
                        Attorney for Defendant
                        NCO Financial Systems, Inc.

Dated: 8/19/09          DOLL AMIR & ELEY LLP

                        /s/ Hemmy So
                        Hemmy So
                        Attorney for Defendant
                        Capital One Bank (USA), N.A.