Todd M. Friedman, Esq. (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HUGO CANTON,** | ) Case No. SACV09-763 MLG |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **NCO FINANCIAL SYSTEMS INC.** | ) |
| **AND CAPITAL ONE,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 14th day of September, 2009.

        By: s/Todd M. Friedman
          Todd M. Friedman
          LAW OFFICES OF TODD M. FRIEDMAN, P.C.
          369 S. DOHENY DR. #415
          BEVERLY HILLS, CA 90211
          tfriedman@AttorneysForConsumers.com
          Attorney for Plaintiff

Filed electronically on this 14th day of September, 2009, with:

United States District Court CM/ECF system

By: s/Todd M. Friedman
    Todd M. Friedman